**Opinion issued March 11, 2021**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-21-00049-CV

———————————

## IN RE JAMES GATEWOOD JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, James Gatewood Jr., has filed a petition for writ of mandamus, challenging the trial court's order denying his request for a temporary restraining order and for motion to reconsider.[1] Relator also seeks a stay of eviction proceedings.

---

[1] The underlying case is *James Gatewood Jr. v. Karen Gatewood Artigue, Individually and in her capacity as Independent Executor of the Estate of Ollie Mae Williams-Gatewood*, cause number 2020-60683, pending in the 129th District Court of Harris County, Texas. The presiding judge of the 129th District is the Honorable

We deny the petition. *See* TEX. R. APP. P. 52.8, 52.3(k); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (relator must provide record sufficient to establish his right to mandamus relief). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.

---

Michael Gomez, but this proceeding challenges a ruling by the Honorable Dedra Davis sitting in ancillary court for the Honorable Michael Gomez only as to this ruling.